# MINUTE ORDER

Page 18

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**          Date: 6/23/2025    Time: 1:30 p.m.

Defendant:  Jacob Melvin Hart          J#: 911956-511    Case #: 25-MJ-3219-TORRES

AUSA: Andre Chinchilla          Attorney:

Violation:  Transportation of Child Pornography. Possession of Child Pornography          Surr/Arrest Date: 06/23/25    YOB: 1979

Proceeding:  Initial Appearance          CJA Appt:

Bond/PTD Held: ○ Yes   ○ No          Recommended Bond: TEMP-PTD

Bond Set at:          Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language: English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

**Disposition:**

Defendant advised of his rights.

Defendant stated that he will be hiring private counsel to represent him.

Government's ore tenus request for PTD hearing -Granted.

Time from today to _____ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**    Date:          Time:          Judge:          Place:

**Report RE Counsel:** 6/26/25 at 1:30PM (Miami Duty Court)

**PTD Hearing:** 6/26/25 at 1:30PM (Miami Duty Court)

**Prelim/Arraignment:** 7/8/25 at 10:00AM (Miami Duty Court)

Status Conference RE:

D.A.R. EGT-14:55:39          Time in Court: 3 mins.

s/Edwin G. Torres          Magistrate Judge