# MINUTE ORDER

Page 7

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 6/26/2025     Time: 1:30 p.m.

Defendant: Jacob Melvin Hart     J#: 91956-511     Case #: 25-03219-MJ-TORRES

AUSA: Andre Chinchilla     Attorney:

Violation: Transportation of Child Pornography; Possession of Child Pornography     Surr/Arrest Date:     YOB:

Proceeding: Report RE: Counsel/ Pretrial Detention     CJA Appt:

Bond/PTD Held: ○ Yes  ○ No     Recommended Bond: Pretrial Detention

Bond Set at:     Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: English

Disposition:
Brady Order NOT given. Prelim/ARR set for 7/8/25.
Defendant Sworn
Defendant ore tenus for appointed Attorney - Denied

Court inquired and determined the defendant does not qualify for court appointed counsel

Matter Reset

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:
Report RE Counsel: 6-30-25 @ 10:00 AM   Duty   Miami Div
PTD/Bond Hearing:   / /     / /     / /     / /
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:02:54     Time in Court: 4 mins

s/Edwin G. Torres     Magistrate Judge