# COURT MINUTES

## Chief Magistrate Judge Jonathan Goodman

| | |
|---|---|
| King Building Courtroom 11-3 | Date: 6/30/2025   Time: 10:00 a.m. |

Defendant: Jacob Melvin Hart    J#: 91956-511    Case #: 25-03219-MJ-TORRES

AUSA: **Andres Chinchilla**    Attorney:

Violation: Transporation of Child Pornography

Proceeding: Report RE: Counsel/Pretrial Detention    CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: **TEMP-Pretrial Detention**

Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services    Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:

**Brady Order given. Defendant's ore tenus motion to continue Report Re: Counsel/ Pretrial Detention -Granted.**

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: 7/3/2025 at 10am (Miami Duty Court)

PTD Hearing: 7/3/2025 at 10am (Miami Duty Court)

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. **JG- 10:02:43; 10:17:27**    Time in Court: **7 mins.**