UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACOB MELVIN HART,

    Defendant.

_____/

MIAMI DIVISION

Case No. 25-MJ-3219-Torres

## **NOTICE OF TEMPORARY APPEARANCE**

    The undersigned, a member in good standing of the Florida Bar and the Trial Bar of the United States District Court, Southern District of Florida, hereby files this, his Notice of Temporary Appearance on behalf of JACOB MELVIN HART, the Defendant in the above-captioned prosecution, and requests that he be notified of any hearings or other proceedings to be held or scheduled in connection therewith. Counsel will file a Notice of Permanent Appearance upon being formally retained by Mr. Hart.

Respectfully submitted,

*S:// Reginald (Tony) Moss, Jr. //*
REGINALD (TONY) MOSS, JR.
   (tony@tonymosslaw.com)
Florida Bar No. 646318
Counsel for JACOB MELVIN HART
The Tony Moss Firm, L.L.C.
8101 Biscayne Boulevard #PH-701
Miami, Florida 33138-4634
786.219.5467 (office)
305.373.3832 (fax)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Temporary Appearance has been forwarded to ANDRES CHINCHILLA, ESQ., counsel for the government, this 3rd day of July, 2025, via CM/ECF.

*S:// Reginald (Tony) Moss, Jr. //*
REGINALD (TONY) MOSS, JR.
For the Firm